IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT)

| | |
|---|---|
| **MARIE JOELLE IRAI,** <br><br> *Plaintiff,* <br><br> v. <br><br> **FRESHLY, INC.,** <br><br> *Defendant.* | Case No.:  8:21-cv-01956-TJS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel, request the dismissal of this action with prejudice.

Dated: December 29, 2022

Respectfully Submitted,

**FAH LAW GROUP, P.C.**

*/s/ Joseph M. Nde Fah*
_____

Joseph M. Nde Fah, Esq.
(Bar No.: 13932)
8757 Georgia Avenue, Suite 440
Silver Spring MD 20910
T: 301 585 3314
P: 301 585 0854
jfah@fahlawgroup.com

**Attorney for Ms. Irai**

Respectfully submitted,

*/s/ James J. Murphy*
James J. Murphy, D. Md. No. 20913
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
1909 K Street, N.W., Suite 1000
Washington, D.C.  20006
Tel: (202) 263-0178
Fax: (202) 887-0866
Email:  james.murphy@ogletree.com

*Counsel for Defendant, Freshly, Inc.*